# IN THE SUPREME COURT OF THE STATE OF NEVADA

YENIDIA GUATEMALA-AQUINO,
Appellant,
vs.
DAVIONE DESHAWN HILL,
Respondent.

No. 82679

**FILED**

APR 16 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on March 29, 2021, without payment of the requisite filing fee, *see* NRAP 3(e), and without the required case appeal statement, *see* NRAP 3(f). That same day, this court issued notices directing appellant to pay the filing fee and to file the case appeal statement within 10 days. The notices advised that failure to comply could result in the dismissal of this appeal. *See* NRAP 3(a)(2). To date, appellant has not paid the filing fee, filed the case appeal statement, or otherwise responded to this court's notices. Accordingly, this appeal is dismissed. *See id.*

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Crystal Eller, District Judge
De Castroverde Law Group
Browne Green Trial Lawyers
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

21-11124